# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE

Case #: 3:18-cr-71 and 3:18-cr-186            Date: May 29, 2019

### United States of America vs. Larry Steven Covington, Jr

**PROCEEDINGS: Sentencing.** The defendant was sworn. The Court hears argument as to the defendant's objections to the Presentence Investigative Report, which are overruled. The Court dismissed the Petition for Action on Conditions of Pretrial Release in 3:17-cr-50.

HONORABLE THOMAS W. PHILLIPS UNITED STATES DISTRICT JUDGE PRESIDING

| Angela Archer | Rebekah Lockwood | Jennifer Kolman |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |
| Robert Kurtz | | Carol Cavin |
| **Attorney for Defendant** | | **Probation Officer** |

☐     Defendant allocutes

☒     Government's Motion for Acceptance of Responsibility     ☒ granted     ☐ denied

**JUDGMENT OF THE COURT:**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 180 months as to Count 1 of the Indictment. This sentence consists of terms of 107 months as to each of Counts 1 and 2 of the Information in case number 3:18-CR-00186, to be served concurrently; and a term of 27 months as to Count 1 of the Indictment in case number 3:18-CR-00071; to be served consecutively for a total effective sentence of 134 months. Additionally, this sentence shall be served consecutively with the undischarged term of imprisonment of 46 months in case number 3:17-CR-00050 in the United States District Court for the Eastern District of Tennessee, for a total of 180 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years. The defendant shall not commit another federal, state, or local crime; shall comply with the standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. No fine imposed. The defendant shall comply with the special conditions as set forth in the J&C.

**COURT RECOMMENDATIONS:**

The Court will recommend that the defendant be designated to the BOP facility close to the Eastern District of Tennessee.

☒     Special assessment: $300.00     ☐ Restitution: $

☐     Defendant remains released pending designation

☒     Defendant remanded to custody

| 2:00 p.m. | to | 2:30 p.m. |
|---|---|---|