AO 245B (Rev. TNED 02/2018) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## KNOXVILLE DIVISION

**FILED** 2019 JUL 30 P 3:13
U.S. DISTRICT COURT
EASTERN
DEPT. CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (For Offenses committed on or after November 1, 1987) |
| v. | |
| | Case Numbers: **3:18-CR-00071-TWP-DCP(1)** |
| LARRY STEVEN COVINGTON, JR. | **3:18-CR-00186-TWP-DCP(1)** |
| USM#52439-074 | <u>Robert R. Kurtz</u> |
| | Defendant's Attorney |

THE DEFENDANT:

☒ pleaded guilty to <u>Count1 of the Indictment in case number 3:18-CR-00071 and Counts 1 and 2 of the Information in case number 3:18-CR-00186.</u>

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Violation Concluded | Count |
|---|---|---|---|
| 18 U.S.C. § 3146(a)(2) | Failure to Surrender for Service of Sentence | May 2, 2018 | 1 in case # 3:18-CR-00071 |
| 18 U.S.C. § 111 | Assault Upon a Federal Officer | July 2, 2018 | 1 in case # 3:18-CR-00186 |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | July 2, 2018 | 2 in case # 3:18-CR-00186 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and 18 U.S.C. 3553.

☐ The defendant has been found not guilty on count(s).

☐ All remaining count(s) as to this defendant are dismissed upon motion of the United States.

    IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and the United States attorney of any material change in the defendant's economic circumstances.

May 29, 2019
Date of Imposition of Judgment

*Thomas W. Phillips* (signature)
Signature of Judicial Officer

Thomas W Phillips, United States District Judge
Name & Title of Judicial Officer

May 29, 2019
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **180 months**.

This sentence consists of terms of 107 months as to each of Counts 1 and 2 of the Information in case number **3:18-CR-00186**, to be served concurrently; and a term of 27 months as to Count 1 of the Indictment in case number **3:18-CR-00071**; to be served consecutively for a total effective sentence of 134 months.

Additionally, this sentence shall be served consecutively with the undischarged term of imprisonment of 46 months in case number **3:17-CR-00050** in the United States District Court for the Eastern District of Tennessee, or a total term of 180 months.

Lastly, the sentence shall be served consecutively to the anticipated sentence in the docket number 107400 in the Criminal Court for Knox County, Tennessee.

☒ The court makes the following recommendations to the Bureau of Prisons:
  Lastly, the Court will recommend that the defendant be designated to the BOP facility close to the Eastern District of Tennessee.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at      ☐ a.m. ☐ p.m.   on
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on   7/17/19        USP McCreary
  to       ,
  at       ,
  with a certified copy of this judgment.  Pine Knot, KY

_____
UNITED STATES MARSHAL

By /s/
_____
DEPUTY UNITED STATES MARSHAL